# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     JACQUELINE LYNN MARTINEZ

                Debtor(s)

                                           CHAPTER 13

     CHARLES J. DEHART, III
     CHAPTER 13 TRUSTEE
                 Movant                        CASE NO: 1-18-02466-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 28, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on June 11, 2018.

2)    The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

     **- CHAPTER 13 PLAN**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                      Respectfully submitted,
                                      s/ <u>Charles J. DeHart, III</u>
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA  17036
                                      (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELINE LYNN MARTINEZ     CHAPTER 13

CASE NO: 1-18-02466-RNO

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on June 11, 2018.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

         Date: **August 15, 2018**
         Time: **10:00 AM**
         Location: **Ronald Reagan Federal Bldg**
         **Bankruptcy Courtroom, 3rd Floor**
         **228 Walnut Street**
         **Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **July 12, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: June 28, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELINE LYNN MARTINEZ

Debtor(s)

CHAPTER 13

CASE NO: 1-18-02466-RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on June 28, 2018.

DAWN MARIE CUTAIA, ESQUIRE
115 EAST PHILADELPHIA STREET
YORK, PA 17401-

JACQUELINE LYNN MARTINEZ
3494 STICKS RD
GLEN ROCK, PA 17327

                                                Respectfully submitted,
                                                s/ Vickie Williams
                                                for Charles J. DeHart, III, Trustee
                                                8125 Adams Drive, Suite A
                                                Hummelstown, PA 17036

Dated: June 28, 2018

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JACQUELINE LYNN MARTINEZ | |
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | |
| Movant | CASE NO: 1-18-02466-RNO |
| vs. | |
| JACQUELINE LYNN MARTINEZ | MOTION TO DISMISS |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.