```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 18-02466-RNO
Jacqueline Lynn Martinez                                                Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 2              Date Rcvd: Aug 27, 2018
                              Form ID: ntnoshow          Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db            +Jacqueline Lynn Martinez,    3494 Sticks Rd,    Glen Rock, PA 17327-7828
5093462       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,     COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of Pennsylvania,    PO Box 117,    Columbus, OH 43216)
5096724        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5071494        Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
5071499       +Dept of Ed / 582 / Nelnet,    121 S 13th St,    Lincoln NE 68508-1904
5071498       +Dept of Ed / 582 / Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln NE 68501-2505
5071503       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls SD 57107-0145
5071502       +First Premier Bank,    Po Box 5524,    Sioux Falls SD 57117-5524
5071504       +KML Law Group,    701 MARKET ST STE 5000,    Philadelphia PA 19106-1541
5097248       +LAKEVIEW LOAN SERVICING LLC,    PO Box 840,    Buffalo, NY 14240-0840
5071495        Michael Martinez,    Na,   Na,    Na PA 17327
5071492       +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5093639       +E-mail/Text: g20956@att.com Aug 27 2018 19:23:07      AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
5071497        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2018 19:38:27       Capital One,
               15000 Capital One Dr,    Richmond VA 23238
5071496       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2018 19:38:27       Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City UT 84130-0285
5079322        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2018 19:37:39
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5071501       +E-mail/Text: bknotice@ercbpo.com Aug 27 2018 19:22:53      ERC/Enhanced Recovery Corp,
               8014 Bayberry Rd,    Jacksonville FL 32256-7412
5071500       +E-mail/Text: bknotice@ercbpo.com Aug 27 2018 19:22:53      ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville FL 32256-7412
5071493        E-mail/Text: cio.bncmail@irs.gov Aug 27 2018 19:22:25      IRS Centralized Insolvency Oper.,
               Post Office Box 7346,    Philadelphia PA 19101-7346
5071505       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 27 2018 19:22:20       Kohls/Capital One,
               Kohls Credit,    Po Box 3120,    Milwaukee WI 53201-3120
5071506       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 27 2018 19:22:20       Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls WI 53051-5660
5071508        E-mail/Text: camanagement@mtb.com Aug 27 2018 19:22:29      M & T Bank,    1 Fountain Plz,
               Buffalo NY 14203
5071507        E-mail/Text: camanagement@mtb.com Aug 27 2018 19:22:29      M & T Bank,    Attn: Bankruptcy,
               Po Box 844,    Buffalo NY 14240
5071510       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2018 19:22:48       Midland Funding,
               2365 Northside Dr Ste 30,    San Diego CA 92108-2709
5071509       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2018 19:22:48       Midland Funding,
               2365 Northside Dr Ste 300,    San Diego CA 92108-2709
5091434       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2018 19:22:48       Midland Funding, LLC,
               Midland Credit Management, Inc.,    as agent for Midland Funding, LLC,    PO Box 2011,
               Warren, MI 48090-2011
5071512       +E-mail/PDF: cbp@onemainfinancial.com Aug 27 2018 19:37:59      OneMain,    Po Box 1010,
               Evansville IN 47706-1010
5071511       +E-mail/PDF: cbp@onemainfinancial.com Aug 27 2018 19:38:23      OneMain,    Attn: Bankruptcy,
               601 Nw 2nd St,    Evansville IN 47708-1013
5071513       +E-mail/Text: bankruptcy@onlineis.com Aug 27 2018 19:23:06       Online Collections,    Po Box 1489,
               Winterville NC 28590-1489
5071515        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:37:41
               Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk VA 23502
5071514        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:38:04
               Portfolio Recovery,    Po Box 41067,    Norfolk VA 23541
5093667        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:38:30
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5072106       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 19:38:04
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5094393       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 27 2018 19:23:01       Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5079461       +E-mail/Text: electronicbkydocs@nelnet.net Aug 27 2018 19:22:51
               U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
               Lincoln, NE 68508-1911
5075243       +E-mail/Text: kcm@yatb.com Aug 27 2018 19:22:16      YORK ADAMS TAX BUREAU,    PO BOX 15627,
               YORK, PA 17405-0156
                                                                                               TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0314-1           User: AGarner              Page 2 of 2                   Date Rcvd: Aug 27, 2018
                               Form ID: ntnoshow          Total Noticed: 36

cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia     on behalf of Debtor 1 Jacqueline Lynn Martinez dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Jacqueline Lynn Martinez, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18–bk–02466–RNO |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **September 17, 2018** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **September 17, 2018**.

**If no objections are filed by September 17, 2018, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 27, 2018 |

ntnoshow (07/18)