UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 13 |
| Jacqueline Lynn Martinez | : | |
| Debtor | : | CASE NO: 1:18-bk-02466-RNO |

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

**AND NOW**, this 17th day of September, 2018, the Debtor, Jacqueline Lynn Martinez, by and through her attorney, file this Objection and in support thereof state the following:

1. The Debtor, Jacqueline Lynn Martinez, filed a Chapter 13 Bankruptcy Petition on June 11, 2018.

2. The Chapter 13 Trustee filed a Motion to Dismiss the Case on August 27, 2018 for Debtor's failure to appear at her 2nd 341 meeting of creditors. The first 341 was missed because Counsel for Debtor's partner Carolyn Pugh was on vacation.

3. Debtor missed her second 341 because she mistakenly thought the 341 was in York instead of Harrisburg and she was on her way to the York County Judicial Center.

4. Counsel for Debtor spoke with her by phone when she failed to appear and the discussed the possibility of her driving to Harrisburg from York to try to make it up there prior to the expiration of the hour. Counsel for Debtor felt that advising Debtor to do that was potentially dangerous as Debtor was upset that that she missed her hearing and Counsel was concerned Debtor might speed or get into an accident. Counsel for Debtor advised Debtor not to go, explained to her that the trustee would have to file a Motion to Dismiss, but that we would respond to it and explain the misunderstanding. Debtor absolutely understands she must attend any rescheduled 341 and she is obviously now aware that the hearing is in Harrisburg.

**WHEREFORE**, the Debtor respectfully requests that the Trustee's Motion To Dismiss Chapter 13 Case be denied and Debtor's 341 be rescheduled.

Respectfully submitted,

By: /s/ DawM.Cutaia
Supreme Court ID 77965
Attorney for Debtor
115 East Philadelphia St.
York, PA 17401
717-304-1841
dmcutaia@gmail.com