```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-02466-RNO
Jacqueline Lynn Martinez                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: JGoodling          Page 1 of 1              Date Rcvd: Oct 03, 2018
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Jacqueline Lynn Martinez,    3494 Sticks Rd,    Glen Rock, PA 17327-7828

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Jacqueline Lynn Martinez dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**JACQUELINE LYNN MARTINEZ**

*** Debtors**

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1-18-bk-02466 RNO |
| Document No.: | 18 |
| Nature of Proceeding: | Certification of Debtor's Failure to Appear |

## ORDER

After due consideration of the Chapter 13 Trustee's Certification that Debtor Failed to Appear at 341 Meeting, and the Debtor's Objection thereto, after hearing held on October 3, 2018, it is

ORDERED that the Debtor is directed to appear at the 341 Meeting to be scheduled for November 1, 2018 at 12:00 p.m. with proof of social security number and proper form of identification or, upon certification of default filed by the Chapter 13 Trustee, the case will be dismissed without further notice.

By the Court,

_(signature)_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

October 3, 2018