IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE LYNN MARTINEZ | Chapter 13 |
| DEBTOR | 18-02466 |
| | Motion to Extend Time to Pay Filing Fee |

## MOTION FOR EXTENSION OF TIME

1. Debtor filed a petition for Chapter 13 bankruptcy on June 11, 2018.

2. Debtor also filed a request to pay the filing fee in monthly installments.

3. Debtor forgot to pay her installments and her filing fee due date passed on October 9, 2018.

4. Debtor has been in contact with Counsel regarding the filing fee and has indicated that she can pay the filing fee in full by November 16, 2018.

WHEREFORE, Debtor respectfully requests this Honorable Court grant her an extension to pay the filing fee until November 16, 2018.

Date: 10/17/2018

Respectfully Submitted:
/s/ Dawn M. Cutaia
Supreme Court ID 77965
Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jacqueline Lynn Martinez | Chapter 13 |
| DEBTOR | 18-02466 |
| | Motion to Extend Time to Pay Filing Fee |

## **ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until November 16, 2018, to pay her filing fee in full.