UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELINE LYNN MARTINEZ     CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE     CASE NO: 1-18-02466-RNO
        Movant
vs.

JACQUELINE LYNN MARTINEZ

## CERTIFICATION OF NON-COMPLIANCE WITH COURT ORDER

AND NOW, on November 19, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, and certifies that Debtor(s) have not complied with the Order filed October 3, 2018 as docket entry # 25.

WHEREFORE, the Trustee requests that the case be dismissed.

Respectfully Submitted,
s/ Jo Ann Dragas
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 19, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACQUELINE LYNN MARTINEZ     CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE     CASE NO: 1-18-02466-RNO
Movant

CERTIFICATION OF DEAULT/NON COMPLIANCE

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 19, 2018, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | SERVED ELECTRONICALLY |
| JACQUELINE LYNN MARTINEZ<br>3494 STICKS RD<br>GLEN ROCK, PA 17327 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 19, 2018

Respectfully submitted,
Jo Ann Dragas
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com