In re:  
Jacqueline Lynn Martinez  
    Debtor

Case No. 18-02466-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AGarner     Page 1 of 2     Date Rcvd: Nov 20, 2018  
                  Form ID: ordsmiss     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.

```
db           +Jacqueline Lynn Martinez,    3494 Sticks Rd,    Glen Rock, PA 17327-7828
5093462     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania,     PO Box 117,    Columbus, OH 43216)
5071494      Department of Revenue,    1 Revenue Place,    Harrisburg PA 17129-0001
5071499     +Dept of Ed / 582 / Nelnet,    121 S 13th St,    Lincoln NE 68508-1904
5071498     +Dept of Ed / 582 / Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln NE 68501-2505
5071504     +KML Law Group,    701 MARKET ST STE 5000,    Philadelphia PA 19106-1541
5097248     +LAKEVIEW LOAN SERVICING LLC,    PO Box 840,    Buffalo, NY 14240-0840
5071495      Michael Martinez,    Na,    Na,    Na PA 17327
5071492     +York Adams Tax Claim Bureau,    PO BOX 15627,    York PA 17405-0156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5093639     +EDI: CINGMIDLAND.COM Nov 21 2018 02:15:00     AT&T Mobility II LLC,    %AT&T SERVICES INC.,
              KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
5071497      EDI: CAPITALONE.COM Nov 21 2018 02:18:00     Capital One,    15000 Capital One Dr,
              Richmond VA 23238
5071496     +EDI: CAPITALONE.COM Nov 21 2018 02:18:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City UT 84130-0285
5079322      EDI: CAPITALONE.COM Nov 21 2018 02:18:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
5096724      EDI: BL-BECKET.COM Nov 21 2018 02:20:00     Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,    Malvern PA 19355-0701
5071501     +E-mail/Text: bknotice@ercbpo.com Nov 20 2018 19:19:24     ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville FL 32256-7412
5071500     +E-mail/Text: bknotice@ercbpo.com Nov 20 2018 19:19:25     ERC/Enhanced Recovery Corp,
              Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville FL 32256-7412
5071502     +EDI: AMINFOFP.COM Nov 21 2018 02:17:00     First Premier Bank,    Po Box 5524,
              Sioux Falls SD 57117-5524
5071503     +EDI: AMINFOFP.COM Nov 21 2018 02:17:00     First Premier Bank,    3820 N Louise Ave,
              Sioux Falls SD 57107-0145
5071493      EDI: IRS.COM Nov 21 2018 02:19:00     IRS Centralized Insolvency Oper.,    Post Office Box 7346,
              Philadelphia PA 19101-7346
5071505     +EDI: CBSKOHLS.COM Nov 21 2018 02:17:00     Kohls/Capital One,    Kohls Credit,    Po Box 3120,
              Milwaukee WI 53201-3120
5071506     +EDI: CBSKOHLS.COM Nov 21 2018 02:17:00     Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls WI 53051-5660
5071508      E-mail/Text: camanagement@mtb.com Nov 20 2018 19:19:07     M & T Bank,    1 Fountain Plz,
              Buffalo NY 14203
5071507      E-mail/Text: camanagement@mtb.com Nov 20 2018 19:19:07     M & T Bank,    Attn: Bankruptcy,
              Po Box 844,    Buffalo NY 14240
5071510     +EDI: MID8.COM Nov 21 2018 02:17:00     Midland Funding,    2365 Northside Dr Ste 30,
              San Diego CA 92108-2709
5071509     +EDI: MID8.COM Nov 21 2018 02:17:00     Midland Funding,    2365 Northside Dr Ste 300,
              San Diego CA 92108-2709
5091434     +EDI: MID8.COM Nov 21 2018 02:17:00     Midland Funding, LLC,    Midland Credit Management, Inc.,
              as agent for Midland Funding, LLC,    PO Box 2011,    Warren, MI 48090-2011
5071512     +EDI: AGFINANCE.COM Nov 21 2018 02:14:00     OneMain,    Po Box 1010,    Evansville IN 47706-1010
5071511     +EDI: AGFINANCE.COM Nov 21 2018 02:14:00     OneMain,    Attn: Bankruptcy,    601 Nw 2nd St,
              Evansville IN 47708-1013
5071513     +E-mail/Text: bankruptcy@onlineis.com Nov 20 2018 19:19:40     Online Collections,    Po Box 1489,
              Winterville NC 28590-1489
5071515      EDI: PRA.COM Nov 21 2018 02:14:00     Portfolio Recovery,    120 Corporate Blvd Ste 1,
              Norfolk VA 23502
5071514      EDI: PRA.COM Nov 21 2018 02:14:00     Portfolio Recovery,    Po Box 41067,    Norfolk VA 23541
5093667      EDI: PRA.COM Nov 21 2018 02:14:00     Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
5072106     +EDI: PRA.COM Nov 21 2018 02:14:00     PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
5094393     +EDI: JEFFERSONCAP.COM Nov 21 2018 02:13:00     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
5079461     +E-mail/Text: electronicbkydocs@nelnet.net Nov 20 2018 19:19:24
              U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
              Lincoln, NE 68508-1911
5075243     +E-mail/Text: kcm@yatb.com Nov 20 2018 19:18:57     YORK ADAMS TAX BUREAU,    PO BOX 15627,
              YORK, PA 17405-0156
                                                                                              TOTAL: 27
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0314-1           User: AGarner              Page 2 of 2            Date Rcvd: Nov 20, 2018
                               Form ID: ordsmiss          Total Noticed: 36

cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Jacqueline Lynn Martinez dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jacqueline Lynn Martinez, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:18–bk–02466–RNO |

### Order

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: November 20, 2018

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AGarner, Deputy Clerk

ordsmiss (05/18)